# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Alfredo Medina-Borja
YOB:  1988
the United Mexican States

Principal United States District Court
Southern District of Texas
FILED
AUG 0 4 2016
Clerk of Court

## CRIMINAL COMPLAINT

Case Number:
M-16-1474-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 3, 2016** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Mario Alexis Galdamez-Benitez and Eduardo Antonio Lopez-Rauda, citizens of El Salvador, and seven (7) other undocumented alien, for a total of nine (9) who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport, by foot, said aliens in furtherance of such violation of law within the United States, that is, from a location near La Grulla, Texas to the point of arrest near La Grulla Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__    FELONY
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On August 3, 2016, at approximately 7:45 a.m., Border Patrol Agents responded to camera activation in the area of La Grulla, Texas. The camera revealed several subjects walking north in the brush south of the community of La Grulla, Texas. The agent working the Aerostat notified the responding agents about several subjects making their way into a property near the brush. Once the agents arrived at the location, they noticed a subject trying to abscond running from a car port inside the property to the brush behind the property. Agent Ramirez was able to apprehend the subject later identified as Alfredo MEDINA-Borja.

After a brief search of the area, the agents encountered nine subjects hiding inside a small shed in the same property that MEDINA had run from. The door to the shed was opened and agents could see the subjects hiding inside.

All nine subjects to include MEDINA were determined to be undocumented aliens illegally present in the United States. All subjects were arrested and transported to the Border Patrol Station.

Continued on the attached sheet and made a part of this complaint  [X] Yes  [ ] No

Approved by David A. Lindenmuth
8/4/16

Signature of Complainant

Francisco Sanchez    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 4, 2016                                        at  McAllen, Texas
Date                                                      City and State

Dena Hanovice Palermo    U. S. Magistrate Judge
Name and Title of Judicial Officer                       Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-1474-M

**RE:   Alfredo Medina-Borja**

**CONTINUATION:**

At the station, the agents questioned all subjects and it was determined that Alfredo MEDINA-Borja was the foot guide of the group.

PRINCIPAL STATEMENT:

Alfredo MEDINA-Borja was read his rights and agreed to provide a sworn statement without the presence of an attorney.

Alfredo MEDINA-Borja a citizen of Mexico, admitted to have guided the group of nine aliens north of the Rio Grande River. MEDINA also admitted he was going to be paid $100.00 USD per each alien. MEDINA stated that he usually helps illegal aliens cross the Rio Grande River on a raft but on this day he agreed to guide the group north because he needed the extra money. MEDINA finally stated that he was only helping two other foot guides but the other two ran back to Mexico.

MATERIAL WITNESS 1:

Mario Alexis GALDAMEZ-Benitez was advised of his Miranda Rights and agreed to provide a statement without an attorney present.

Mario Alexis GALDAMEZ-Benitez a citizen of El Salvador, stated that he paid approximately $9,500 USD to be smuggled into the United States. GALDAMEZ also stated there was a total of three foot guides guiding them. GALDAMEZ stated that MEDINA's role was to be in the back of the group brushing out the foot prints. GALDAMEZ also stated that once they noticed that Immigration was nearby, the foot guides told them to hide inside the shed and then the foot guides ran away. After several minutes, agents found them hiding and arrested them.

Mario Alexis GALDAMEZ-Benitez identified Alfredo Medina-Borja through a photo lineup as one of the foot guides.

MATERIAL WITNESS 2:

Eduardo Antonio LOPEZ-Rauda was advised of his Miranda Rights and agreed to provide a statement without an attorney present.

Eduardo Antonio LOPEZ-Rauda a citizen of El Salvador, stated he paid $2,000.00 USD to be smuggled into the United States and was to pay another $2,000.00 USD once he arrived in Houston, Texas. LOPEZ indicated that he and others crossed the Rio Grande River illegally into the United States. LOPEZ also indicated that there were three foot guides in the group. LOPEZ stated that once in the United States, they followed the foot guides for about an hour until they arrived at a house. LOPEZ also stated that once they arrived at that property, the foot guides told them to hide inside the shed and then the guides ran away.

Eduardo Antonio LOPEZ-Rauda identified Alfredo MEDINA-Borja through a photo lineup as one of the foot guides.